```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
PORFIRIO VASQUEZ-HERAZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-00276 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | DATE: August 2, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| PORFIRIO VASQUEZ-HERAZ, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 2, 2016.

2. By this stipulation, the United States and defendant PORFIRIO VASQUEZ-HERAZ only, now move to vacate the status conference, set this matter for change of plea on August 16, 2016, and to exclude time between August 2, 2016 and August 16, 2016, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. This case involves thirteen co-defendants. The United

STIPULATION TO CONTINUE STATUS CONF        1

|   |   |   |
|---|---|---|
| 1 |   | States has produced discovery containing approximately |
| 2 |   | 14,000 pages of reports and pictures, 5 DVD's containing |
| 3 |   | videos, and 1 CD containing multiple audio files. The |
| 4 |   | Superseding Indictment alleges that the crimes alleged |
| 5 |   | occurred in at least four counties and two judicial |
| 6 |   | districts. Based on these facts, the case is unusual and |
| 7 |   | complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and |
| 8 |   | (B)(ii) and Local Code T2 and it is unreasonable to expect |
| 9 |   | adequate preparation for pretrial proceedings and trial |
| 10 |   | itself within the time limits established in the Speedy |
| 11 |   | Trial Act, 18 U.S.C. § 3161. |
| 12 | b. | Counsel for the defendant needs additional time to review |
| 13 |   | the discovery, conduct investigation, interview |
| 14 |   | potential witnesses, and discuss the plea agreement and |
| 15 |   | potential consequences with his client. |
| 16 | c. | Counsel for defendant believes that failure to grant the |
| 17 |   | above-requested continuance would deny counsel the |
| 18 |   | reasonable time necessary for effective preparation, taking |
| 19 |   | into account the exercise of due diligence. |
| 20 | d. | The government does not object to the continuance. |
| 21 | e. | Based on the above-stated findings, the ends of justice |
| 22 |   | served by continuing the case as requested outweigh the |
| 23 |   | interest of the public and the defendant in a trial within |
| 24 |   | the original date prescribed by the Speedy Trial Act. |
| 25 | f. | Based on the above-stated facts, the ends of justice to be |
| 26 |   | served by granting the requested continuance outweigh the |
| 27 |   | best interests of the public and the defendant in a speedy |
| 28 |   | trial and the time period of August 2, 2016, up to and |

        including August 16, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

    g.    Defense counsel is unavailable for the currently set August 2, 2016 status conference due to a conflict in his calendar and the Court should exclude time from the date of this stipulation, July 14, 2016, to the date of the new status conference, August 16, 2016, under 18 USC Section 3161(h)(A) and (B)(iv) and Local Code T4 due to continuity of defense counsel.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: July 14, 2016        /s/ Samuel Wong
                                    SAMUEL WONG
                                    Assistant United States Attorney

Dated: July 14, 2016        /s/ Chris Cosca
                                    CHRIS COSCA
                                    Counsel for Defendant
                                    PORFIRIO VASQUEZ-HERAZ

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July, 2016.

```
                              /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT
```